IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASER EDDMEIRI,                    )      8:13CV199
                                   )
            Plaintiff,             )
                                   )           ORDER
      vs.                          )
                                   )
METROPOLITAN LIFE INSURANCE        )
COMPANY, INC.,                     )
                                   )
            Defendant.             )
_____
```

      This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 9).

      IT IS ORDERED that a scheduling conference with the undersigned will be held on:

      **Wednesday, September 18, 2013, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

      DATED this 23rd day of August, 2013.

      BY THE COURT:

      /S/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court