IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YASER EDDMEIRI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV199 |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 12).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2) This action is dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 18th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court